June 9, 2025

Attn Christa K. Berry
Clerk's Office
United States District Court
156 Federal Street
Portland, ME 04101

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2025 JUN 10 P 2: 43

DEPUTY CLERK

Case 2:25-cv-00223-JAW

To Whom It May Concern:

We plan to cure the dept by purchasing the property.

We are requesting the above case be moved to state court so we can participate in the Foreclosure Diversion Program.

This is because:

1. We are requesting mediation to resolve this however we have questions about the preservation fees listed.
2. We have been trying for years to receive a response to communication from USDA representatives with no response.
3. We have received communications most recently from different attorneys representing USDA with inconsistencies in the information being given to us. The information provided to us does not make sense.
4. We have continued to live and maintain the home.
5. The taxes and insurance continue to be paid.
6. We have continued to maintain and make numerous repairs to the property.
7. We had already contacted the USDA to try and resolve this as requested when notified by a different attorney in February after receiving a Cure letter notification. (See Attachment 13 which provided specific instructions that we followed).

Thank you,

David and Trista Collins
126 Forbes Lane
Windham, ME 04062

Cc:
Kevin J Crosman, Esq.
Jensen Baird Garder & Henry
Ten Free Street
PO Box 4510
Portland, ME 04112-4510

Jason Thomas, CSI