Outlook

Attachment 1, p1

## Collins Lump Sum Offer - Re: New Authorization and RTC Letter Inquiry, Collins, Loan# 38434249

From   D T Collins <CollinsDT2000@outlook.com>
Date   Tue 4/15/2025 7:15 AM
To     Jason Thomas <Jason.Thomas@ceimaine.org>; Widmann, Stacey - RD, National Office <stacey.widmann@usda.gov>

Dear Ms. Widmann,

Re:

We would like to offer a lump sum in the amount of $75,000 towards the amount of our debt owed on our loan, with the option to then continue making ongoing payments for the remainder of the loan retaining ownership with USDA continuing as the mortgage holder.

We had made numerous attempts to resolve this situation with many individuals at different USDA offices over the years with no success but are hopeful this option will finally allow us to move forward with a positive resolution, paying the rest of the mortgage debt we owe for the home in addition to the maintenance costs we have invested over the years to maintain our home.

You should know that in addition to the lump sum payment we will need to replace the siding and three doors this summer, which will cost approximately $40,000 according to estimates we just received. The reason we are offering $75,000 as a lump sum is because we have been approved for financing to cover the cost of the lump sum payment, and the cost of the needed home repairs.

As you know we had signed permission for Jason Thomas (who is copied on this email) to assist us in resolving this matter but since we did not hear back by the April 8th deadline, we wanted to reach out as well since we were able to secure this financing lump sum option in the meantime.

Please confirm with Jason and me as soon as possible if you can accept this amount as a lump sum and let us know what the ongoing amount monthly will be for the remainder of the loan so we can move forward with the financing we have just been approved for to make this payment to you immediately.

Thank you for your consideration in this matter.

David Collins
207-272-5281

Get Outlook for iOS

**From:** Jason Thomas <Jason.Thomas@ceimaine.org>
**Sent:** Tuesday, March 11, 2025 12:24:37 PM.
**To:** Widmann, Stacey - RD, National Office <stacey.widmann@usda.gov>
**Cc:** CollinsDT2000@outlook.com <CollinsDT2000@outlook.com>
**Subject:** New Authorization and RTC Letter Inquiry, Collins, Loan# 38434249

Stacey,

I hope all is well there. I am attaching a new authorization and the recent RTC letter for:

David and Trista Collins
126 Forbes Lane
Windham, ME 04062
Loan# 38434249

I have copied the borrower here as we have begun working with them in a counseling capacity and they had some questions about both the RTC amount and also a path forward.

Let me know when this is uploaded and I will follow up 😊

Thanks as always!

-Jason

## Jason Thomas

Director, Financial Development Services
Email: Jason.Thomas@ceimaine.org
Tel:   207-613-5292
Fax:   207-292-3317
www.ceimaine.org



Coastal Enterprises, Inc.
30 Federal St
Brunswick, Maine 04011

-----Original Message-----
From: jason.thomas@ceimaine.org <jason.thomas@ceimaine.org>
Sent: Tuesday, March 11, 2025 12:20 PM
To: Jason Thomas <Jason.Thomas@ceimaine.org>
Subject:

-------------------
TASKalfa 6002i
[00:17:c8:4a:a7:28]
-------------------