May 3, 2025

Braucher and Associates
764 Chestnut Street
Manchester, NH 03104

Re: Loan 38434249
Property Address: 126 Forbes Lane, Windham, ME 04062

To Whom It May Concern:

After receiving your letter dated February 25, 2025, we followed up immediately with Jason Thomas, Director of Coastal Development Services, Inc, as recommended in the correspondence for assistance.

He was able to make initial contact with Stacey Widmann at the RD National office and provided her with our signed authorization to obtain information and communicate on our behalf.

Ms. Widmann responded to Mr. Thomas indicating USDA is willing to accept a lump sum payment but would need to redetermine a new monthly amount to continue after that as our mortgage holder.

After requesting further information, contacting her via email and additional phone calls, Mr. Thomas has heard nothing from her since 3/12/25.

My wife and I have been able to identify a lender through which we can secure financing now to make a lump sum payment of $75,000. We would like to continue to work with someone from USDA to determine what the monthly ongoing payment will be as we would like to keep the loan with USDA since it does not mature until 09/48.

We have already invested a lot of money in repairs and maintenance on our home since purchasing it but unfortunately need to immediately replace all the outside siding on our home, which after three estimates will cost $40,000. The lender we have found will approve financing equal to the lump sum payment and home siding repair.

The challenge now however is that Mr. Thomas recently learned Ms. Widmann's position with USDA and he let us know that he does not have another contact at this point to work with on our behalf.

Could you please contact Mr. Thomas and let us know who can finalize an agreement to accept the $75,000 towards our current loan delinquency for our USDA mortgage and provide us with an ongoing monthly payment amount?

Mr. Thomas contact information is as follows:

Jason Thomas
Director, Financial Development Services
Email: Jason.Thomas@ceimaine.org
Tel:    207-613-5292
Fax:    207-292-3317

Att 1, p2

We would like to resolve this as soon as possible.

Please let this letter serve as our authorization for you to communicate with Mr. Thomas on our behalf regarding our mortgage held by USDA. A copy of the authorization signed for USDA is included with this letter.

Thank you,


David Collins


David and Trista Collins
126 Forbes Lane
Windham, Maine 04062

Cc: Jason Thomas