June 11, 2025

Attn Christa K. Berry
Clerk's Office
United States District Court
156 Federal Street
Portland, ME 04101
Fax 207-780-3356



Case 2:25-cv-00223-JAW

To Whom It May Concern:

On Monday, June 9, we responded to a summons with a letter dated June 9, 2025, sent USPS Two-Day Priority Mail.

After sending, we realized we did not completely explain our plan to resolve this situation so we wanted to clarify a statement made in the response.

For reference USPS tracking numbers to court and cc:
9505 5141 8177 5160 0622 27
9505 5141 8177 5160 0622 41

In the response, we wrote-

"We plan to cure the dept by purchasing the property."

To clarify we would like to do this through a reamortization of our current USDA loan, as a lmp sump offer payment was accepted by USDA to do this, as evidenced in the attached documentation.

We have not received any agreement to sign at this point. We have questions about the fees listed on documents we have received. On June 4 we requested a copy of the approved agreement for the lump sum offered and today we emailed to request a breakdown of the fees included in the documentation we just received.

In the meantime, we are requesting the above case be moved to state court so we can participate in the Foreclosure Diversion Program to continue this process.

This is because:

1. We are requesting mediation to resolve this however we have questions about the preservation fees listed.
2. We have been trying for years to receive a response to communication from USDA representatives with no response.
3. We have received communications most recently from different attorneys representing USDA with inconsistencies in the information being given to us. The information provided to us does not make sense.
4. We have continued to live and maintain the home.
5. We have continued to maintain and make numerous repairs to the property.

6. We had already contacted the USDA to try and resolve this as requested when notified by a different attorney in February after receiving a Cure letter notification. (See Attachment 13 which provided specific instructions that we followed).
7. The information provided all last week from USDA representative does not make sense.

Thank you,

David and Trista Collins
126 Forbes Lane
Windham, ME 04062

Cc: Via Fax 207-775-7935
Kevin J Crosman, Esq.
Jensen Baird Garder & Henry
Ten Free Street
PO Box 4510
Portland, ME 04112-4510

Jason Thomas, CEI



Your fax has been sent successfully!

Date: Wed 11-Jun-2025 08:33:21 EDT

Phone Number: 2077757935

Images Scanned: 2

Fax Id: 5f5bd833-f40e-45f1-851b-217389e1a2d5

Status: SUCCESS