# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES DEPARTMENT OF AGRICULTURE, <br><br> Plaintiff, <br><br> v. <br><br> DAVID J. COLLINS, et al <br><br> Defendant(s). | ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil No. 2:25-CV-223-JAW |

## ORDER REFERRING MATTER FOR MEDIATION
## IN THE MAINE FORECLOSURE DIVERSION PROGRAM

A foreclosure action has been filed in this Court. The Court, on its own motion, has determined that this case should be referred to the Maine Foreclosure Diversion Program pursuant to 14 M.R.S. § 6321-A(6).  The Clerk's Office is directed to submit a copy of this Order and the contact information for all parties to the appropriate state court clerk.  The Plaintiff is directed to pay the foreclosure mediation fee to the state court clerk.

The parties shall file a status report in this Court every forty-five (45) days while mediation in the Foreclosure Diversion Program remains ongoing; this case is otherwise **STAYED** until the parties notify the Court of the outcome of the mediation.

SO ORDERED.

Dated: June 16, 2025

/s/ John A. Woodcock, Jr.
United States District Judge