UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>PLAINTIFF<br><br>v.<br><br>DAVID J. COLLINS,<br><br>and<br><br>TRISTA E. COLLINS,<br><br>DEFENDANTS | CIVIL ACTION NO.:<br>2:25-cv-00223-JAW<br><br><br><br>**STATUS REPORT** |

Now comes the United States Department of Agriculture through its counsel and reports on the status of the above-captioned matter as follows:

1. The parties requested another mediation by September 22, 2025 and are awaiting information regarding the second mediation session scheduling information.

2. Additionally, the Defendants are actively working with Housing Counselor at Coastal Enterprises, Inc. regarding the Mortgage in question.

Dated this October 27, 2025.

                                                  /s/ *Kevin J. Crosman*
                                                Kevin J. Crosman, Bar No. 4279
                                                Attorney for Plaintiff

JENSEN BAIRD
Ten Free Street
PO Box 4510
Portland, Maine 04112-4510
(207) 775-7271
kcrosman@jensenbaird.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2025, I caused a copy of the foregoing to be served by way of the ECF system, which will send notice of such filing to all counsel of record.

The following parties were notified by First Class Mail, Postage Pre-Paid:

David J. Collins
126 Forbes Lane
Windham, ME 04062

Trista E. Collins
126 Forbes Lane
Windham, ME 04062

Dated at Portland, Maine, this October 27, 2025.

/s/ *Kevin J. Crosman*

_____
Kevin J. Crosman, Bar No. 4279
Attorney for Plaintiff