UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES DEPARTMENT OF AGRICULTURE, <br><br> PLAINTIFF <br><br> v. <br><br> DAVID J. COLLINS, <br><br> and <br><br> TRISTA E. COLLINS, <br><br> DEFENDANTS | CIVIL ACTION NO.: <br> 2:25-cv-00223-JAW |

## STATUS REPORT

Now comes the United States Department of Agriculture through its counsel and reports on the status of the above-captioned matter as follows:

1. The parties are scheduled to participate in mediation on March 13, 2026.

Dated this March 6, 2026.

/s/ *Kevin J. Crosman*
Kevin J. Crosman, Bar No. 4279
Attorney for Plaintiff

JENSEN BAIRD
PO Box 4510
Portland, Maine 04112-4510
(207) 775-7271
kcrosman@jensenbaird.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2026, I caused a copy of the foregoing to be served by way of the ECF system, which will send notice of such filing to all counsel of record.

The following parties were notified by First Class Mail, Postage Pre-Paid:

David J. Collins
126 Forbes Lane
Windham, ME 04062

Trista E. Collins
126 Forbes Lane
Windham, ME 04062

Dated at Portland, Maine, this March 6, 2026.

/s/ *Kevin J. Crosman*
_____
Kevin J. Crosman, Bar No. 4279
Attorney for Plaintiff